No. 98–606. TAYLOR v. ROONEY; and

No. 98–789. ROONEY v. TAYLOR. C. A. 2d Cir. Certiorari denied. Reported below: 143 F. 3d 679.

No. 98–640. ROBERTS ET UX. v. FLORIDA POWER & LIGHT Co. C. A. 11th Cir. Certiorari denied.

No. 98–668. ROBERTS v. KLING. C. A. 10th Cir. Certiorari denied.

No. 98–676. HART ET AL. v. GWADOSKY, SECRETARY OF STATE OF MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 98–709. SHEMPERT ET AL. v. HARWICK CHEMICAL CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–713. FRONTIER PACIFIC INSURANCE Co. v. FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 98–715. WILSON v. YAKLICH ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–719. SEUS v. JOHN NUVEEN & Co., INC. C. A. 3d Cir. Certiorari denied.

No. 98–720. GEORGOPOULOS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–723. EUROPE AND OVERSEAS COMMODITY TRADERS, S. A. v. BANQUE PARIBAS LONDON ET AL.; and

No. 98–923. BANQUE PARIBAS LONDON ET AL. v. EUROPE AND OVERSEAS COMMODITY TRADERS, S. A. C. A. 2d Cir. Certiorari denied. Reported below: 147 F. 3d 118.

No. 98–740. NEC CORP. ET AL. v. UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 98–744. LOCAL 24, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA v. SCHOONOVER; and